# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Cory Sharp,<br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et al.,<br>    Defendants. | Case No. 4:24-cv-04919<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COLUMBIA DEBT RECOVERY, LLC a/k/a GENESIS CREDIT MANAGEMENT, LLC** |

Plaintiff hereby voluntarily dismisses his claims against Columbia Debt Recovery, LLC a/k/a Genesis Credit Management, LLC with prejudice and without costs or attorney's fees to either party.

 

DATED: July 10, 2025

                                        Respectfully submitted,

                                        /s/ Cy T. Hainey
                                        Cy T. Hainey
                                        Attorney for Plaintiff

## Proof of Service

I, Cy T. Hainey, hereby certify that on July 10, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Cy T. Hainey